**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 00-60127
Summary Calendar

_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE SYLVESTER HENDERSON,
also known as G,

Defendant-
Appellant.

--------------------------------------------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:99-CR-92-ALL
--------------------------------------------------------
December 21, 2000
Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges:

PER CURIAM:[*]

Court-appointed counsel for George Sylvester Henderson has moved for leave to withdraw

and has filed briefs as required by Anders v. California, 386 U.S. 738 (1967). Henderson has

responded to the motion. Our independent review of the briefs, Henderson's response, and the

record discloses no nonfrivolous issue.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further

responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.